# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Dean Hermann Peter,
on behalf of himself and
all other similarly situated,

Case No. Civil 01-12 DSD/JMM

v.

**JUDGMENT IN A CIVIL CASE**

Village Imports Company,
a Minnesota corporation,

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

1. Defendant's motion for summary judgment is granted.
2. Plaintiff's motion for partial summary judgment is denied.
3. Plaintiff's complaint is dismissed with prejudice.

DATE: October 9, 2001

RICHARD D. SLETTEN, CLERK

Julie Rustad, Deputy Clerk